

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00232-CV

| | | |
|---|---|---|
| Rosalind Kelly and Rafael De Los Santos | § | From the 158th District Court |
| | § | of Denton County (2014-05258-158) |
| v. | | |
| | § | January 14, 2016 |
| Ocwen Loan Servicing, LLC, and Mackie Wolf Zeintz & Mann, PC | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

It is further ordered that Appellants Rosalind Kelly and Rafael De Los Santos shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
        Justice Bill Meier